441 A.2d 453

Commonwealth v. Long, Appellant.

Petition for Allowance of Appeal Denied May 13, 1982.

Submitted January 28, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

JOHNSON, J., filed a memorandum dissenting opinion.